# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132620

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON DANIEL CANTLEY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132620
COA: 260761
Ingham CC: 03-000461-FC

On order of the Court, the application for leave to appeal the October 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319